**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 12a1158n.06

**Case No. 11-5937**

**FILED**
*Nov 08, 2012*
DEBORAH S. HUNT, Clerk

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | ON APPEAL FROM THE |
| v. | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE EASTERN |
| MICHAEL MORRIS, | ) | DISTRICT OF TENNESSEE |
| | ) | |
| Defendant-Appellant. | ) | |
| ———————————————————— | ) | |

BEFORE:  BATCHELDER, Chief Judge; McKEAGUE, Circuit Judge; and FORESTER, District Judge.[*]

**ALICE M. BATCHELDER, Chief Judge.**  On appeal of this case to the United States Supreme Court, the Court vacated our judgment and remanded for further consideration in light of *Dorsey v. United States*, 567 U.S. --, 132 S. Ct. 2321 (2012).

Consequently, we **VACATE** the sentence imposed by the district court and **REMAND** this case to the district court with instructions to impose sentence consistent with *Dorsey*.

---

[*] The Honorable Karl S. Forester, Senior United States District Judge for the Eastern District of Kentucky, sitting by designation.